Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jacquelynfranco@backuslaw.com
Attorneys for Defendant,
*Albertson's LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA SBLENDORIO, individually, | ) 2:23-cv-00917-GMN-MDC ) |
| Plaintiff, | ) **STIULATION AND ORDER RE** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| ALBERTSON'S LLC, a Foreign Limited-Liabiility Company; DOES I-X; inclusive; and ROE CORPORATIONS I-X, incluslive | ) ) ) |
| Defendants. | ) ) |

Plaintiff LINDA SBLENDORIO, by and through her counsel of record Eric Marshall, Esq. of MARSHALL INJURY LAW, and Defendant ALBERTSON'S LLC by and through its counsel of record Jack P. Burden, Esq., and Jacquelyn Franco, Esq., of BACKUS | BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

Dated: __10/8__, 2024

MARSHALL INJURY LAW

/s/ _____
Eric Marshall, Esq.
Nevada Bar No. 8847
3333 East Serene Avenue, Suite 120
Henderson, Nevada 89074
Telephone: (702) 489-5700
Facsimile: (702) 446-0092
*Attorneys for Plaintiff Linda Sblendorio*

Dated __10/8__, 2024

BACKUS | BURDEN

/s/ _____
Jack P. Burden, Esq.
Jacquelyn Franco, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555 - (702) 872-5545
*Attorneys for Defendant Albertson's LLC*

Respectfully Submitted,
**BACKUS | BURDEN**
By:    /s/ Jack P. Burden
Jack P. Burden, Esq.
Jacquelyn Franco, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant Albertson's LLC*

### ORDER - 2:23-cv-00917-GMN-MDC

IT IS HEREBY ORDERED that all claims that have been brought and/or could have been brought by Plaintiff against Defendant in the above-titled litigation are DISMISSED *WITH PREJUDICE*. This stipulated dismissal **DOES** resolve the entire matter. Each party to this dismissal is to bear their own respective attorney's fees and costs incurred herein.

**IT IS SO ORDERED.**

Dated this __9__ day of October, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2